```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF TENNESSEE
            NASHVILLE DIVISION
```

M.L.E. MUSIC, et al.,            )
                                 )
    Plaintiffs,                  )
                                 )    No: 3:10-0009
        v.                       )    Judge Wiseman/Bryant
                                 )
LONNIE K. POWERS,                )
                                 )
    Defendant.                   )

**O R D E R**

By order entered March 19, 2010 (Docket Entry No. 7), the Court scheduled a follow-up case management conference by telephone for August 6, 2010, at 9:30 a.m. Counsel for plaintiffs was directed to initiate this call.

Prior to the time scheduled for the case management conference, counsel for plaintiff provided the Court with a call-in conference call number, which the Court called at the time scheduled for the conference. Counsel for plaintiffs was available on the conference call line, but counsel for defendant failed to call in. After several minutes of waiting, the Court telephoned the office of counsel for defendant and there was informed that neither Ms. Kinslow nor Ms. Bell were present and available to take the call.

Counsel for defendant is hereby **directed** to contact plaintiffs' counsel and thereafter telephone the Court's chambers at 736-5878 in order to reschedule this telephone conference.

This conference shall be rescheduled for a date no later than **August 17, 2010.**

It is so **ORDERED.**

                                         s/ John S. Bryant
                                         JOHN S. BRYANT
                                         United States Magistrate Judge