IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| M.L.E. MUSIC, FIONA APPLE MAGGART D/B/A FHW MUSIC, SONY/ATV HARMONY, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., WB MUSIC CORP., VERA CRUZ MUSIC CO., HAMPSHIRE HOUSE PUBLISHING CORP., MIGHTY UNDERDOG MUSIC, SONY/ATV TUNES, LLC AND MUSIC SALES CORP., | ) ) ) ) ) ) ) ) ) ) | Case No.  3:10-cv-00009  US District Judge Wiseman US Magistrate Judge Bryant |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) | |
| LONNIE K. POWERS, | ) ) | |
| DEFENDANT. | ) | |

## AGREED ORDER OF DISMISSAL
## WITHOUT PREJUDICE

It appears to the Court by evidence of the signatures of counsel for the parties below that the above-referenced matter has been resolved in its entirety by agreement and that the case should be dismissed without prejudice. Accordingly, pursuant to the agreement of the parties and for good cause shown, it is ORDERED that this action be DISMISSED without prejudice. Each side shall bear its own costs and attorney's fees.

It is so **ORDERED**.

Entered this the 3rd_ day of January 2011.

_____
Senior District Judge Thomas A. Wiseman,